**Dismiss and Opinion Filed July 31, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01404-CV**

## IN THE INTEREST OF M.R., JR., ET AL.

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00100-W**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By notice dated June 5, 2013, the Court notified appellant that his brief was overdue. We directed appellant to file his brief and an extension motion within ten days, and warned that failure to do so would result in dismissal of the appeal. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief, an extension motion, or communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal for want of prosecution.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

121404F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.R., JR., ET AL.

No. 05-12-01404-CV

On Appeal from the 304th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 10-00100-W.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDERED** that appellee the Texas Department of Family and Protective Services recover its costs of this appeal, if any, from appellant Michael Reeves, Sr.

Judgment entered July 31, 2013

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE